# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 18, 2017

Stephen J. Markman,
Chief Justice

153449(30)

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

ROBERT DONALD JONES,
        Plaintiff-Appellee,

v

NAN MILLEN JONES,
        Defendant-Appellant.

SC: 153449
COA: 329378
Wayne CC: 14-111404-DO

_____/

On order of the Chief Justice, the motion of defendant-appellant to file a brief in support of her motion for reconsideration that exceeds the page limit restriction is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    January 18, 2017    

                               Clerk